IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PLC, *et al.*, | ) | Case No. 20-12522 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | Re: **Docket No. 2165** |

## ORDER

For the reasons stated on the record at the hearing held on this day, the Debtors' First Omnibus Objection to Unsubstantiated Claims (Substantive) (D.I. 2165) is sustained.

SO ORDERED.

Dated: July 23rd, 2021
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE