| First Name | Last Name | Party Represented | Firm Name |
|---|---|---|---|
| Cathy | Hershcopf | Official Committee of Unsecured Creditors | Cooley LLP |
| Kevin | Eckhardt | Reorg | Reorg |
| Ian S. | | N/A | |
| Scott | Greenberg | Ad Hoc First Lien Term Lender | Gibson, Dunn & Crutcher LLP |
| Hugh | Murtagh | Debtors | Latham |
| James | Bartimus | City of Rockford AHAG | Bartimus Frickleton Robertson Rader |
| Christopher | Harris | Debtors | Latham & Watkins |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Bob | Brady | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Philip F. DiSanto | | Humana | Willkie Farr & Gallagher LLP |
| Andrew | Zatz | Deutsche Bank AG New York Branch | White & Case LLP |
| Jonathan | Randles | Dow Jones / WSJ | |
| Jane | Komsky | N/A | BNP Paribas |
| Michael | Klein | Official Committee of Unsecured Creditors | Cooley LLP |
| Sergei | Startsev | Shareholder | |
| Andrew | Rosenberg | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Ted | Nguyen | '- | Mariner Investment Group |
| Heather | Barlow | ucc | Dundon Advisers LLC |
| Erik | Stranberg | Unsecured | Capital Group |
| Lance | Kodish | Interested Party | Patterson Belknap Webb & Tyler LLP |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Scott | Flaherty | Debtwire (press) | |
| Scott | Cousins | OCM Luxembourg | Cousins Law LLC |
| Mark | Casey | Mallinckrodt | Mallinkrodt |
| Emily | Holt | Liberty | |
| Stephen | Schatzman | Noteholders | |
| Mitchell | Sussman | Cowen and Company, LLC, listen only | Cowen and Company, LLC |
| Chad | Flick | n/a | |
| Michele | Budicak | Court | |
| Jeremy | Evans | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Agnes | Tang | Legal Representative for Future Claimants | Ducera Partners LLC |
| Naznen | Rahman | N/A | Glenn Agre Bergman & Fuentes LLP |
| Peter | Feldman | Ad Hoc Committee of Government Entities Holding Medicaid Rebate Claims | Otterbourg P.C. |
| Amy | Quartarolo | Debtors | Latham & Watkins LLP |
| Tom | Cubeta | Paul Weiss | Bracebridge Capital |
| Jackson | Toof | BOKF, N.A. | Arent Fox LLP |
| Travis | Buchanan | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Kyle | Burns | Party In Interest | Willkie Farr & Gallagher LLP |
| Cody | Lehrer | Deutsche Bank | |
| Jeffrey | Kaplan | BCAS | BCAS |
| Megan | Wasson | Governmental Plaintiff Ad Hoc Committee | |
| Jennifer | Conn | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Jason | Powell | McKesson, et al. | |
| Aaron | Stulman | Deerfield Partners L. P. | Potter Anderson & Corroon LLP |
| amit | pardasani | HBK | |
| Melissa | Van Eck | Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General |
| Cheryl | Shaw | Official Committee of Unsecured Creditors | Robinson & Cole LLP |

| First Name | Last Name | Party Represented | Firm Name |
|---|---|---|---|
| Jason | Greenwood | United States | U.S. Dept. of Justice |
| Karen | Leung | Reorg Research | Reorg Research |
| Stephen | Welch | Mallinckrodt | Mallinckrodt |
| Scott | Jones | OCM Luxembourg | Cousins Law LLC |
| Jeremy | Hill | N/A — media | Bloomberg LP |
| Teddy | Kindelan | Legal Representative for Future Claimants | Ducera Partners LLC |
| Christopher | Graver | King County | Keller Rohrback |
| Jeremiah | Ledwidge | UCC | Cooley LLP |
| Gwyn | Williams | Debtor | Latham & Watkins LLP |
| Michael | Pantzer | Ad Hoc Committee of Government Entities Holding Medicaid Rebate Claims | Otterbourg P.C. |
| Michael | Joyce | CEIPF | Joyce LLC |
| Philip | Mindlin | Debtors | Wachtell, Lipton, Rosen & Katz |
| George | Klidonas | Debtors | Latham & Watkins LLP |
| Maria | Sawczuk | Columbia Casualty Company | Goldstein & McClintock LLLP |
| Darrel Edelman | | Shareholder | |
| Brya | Keilson | Governmental Plaintiff Ad Hoc Committee | Morris James LLP |
| Jason | Zakia | Deutsche Bank AG New York Branch | White & Case LLP |
| Donald | Haviland | Ad Hoc Acthar Group | Haviland Hughes |
| James | Johnston | Ad Hoc Revolving Loan Participants Group | Jones Day |
| Torben | Geisler | Humana | Attestor Capital |
| Benjamin | Beller | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Nikan | Ansari | Legal Representative for Future Claimants | Ducera Partners LLC |
| Daniel | Astin | Ad Hoc Acthar Group | |
| Jim | Patton | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Sina | Toussi | Two Seas Cap | |
| Sarah | Catalano | Acthar Insurance Claimants (Attestor Ltd. and Humana Inc.) | Eimer Stahl LLP |
| Ed | Harron | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Alexandra | Zablocki | Mallinckrodt plc | Latham & Watkins LLP |
| Matthew | Freimuth | Humana | Willkie Farr & Gallagher LLP |
| Rich | Ramirez | N/A | Glenn Agre Bergman & Fuentes LLP |
| Keith | Simon | Debtors | Latham & Watkins |
| Sophia | Farruggia | Party In Interest | Willkie Farr & Gallagher LLP |
| Aimee | Wightman | n/a | CourtCall, LLC |
| Marianna | Udem | Ad Hoc Group of Personal Injury Victims | ASK LLP |
| Tony | Mattioli | BNP Paribas | |
| Ann | Langley | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| Karen | Bray | Legal Representative for Future Claimants | Greenberg Traurig, LLP |
| Nathaniel | Miller | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| Akash | Gupta | Creditor | |
| Samir | Khiroya | Moore Capital | |
| Wesley | Powell | Humana | Willkie Farr & Gallagher LLP |
| Chaim | Fortgang | Ad Hoc First Lien Term Lender Group | |
| LW/John Cleaves 2 | | Mallinckrodt PLC | Latham & Watkins |
| Anthony | Pacelli | db | |
| Jeffrey Schlerf | Jeffrey Schlerf | Deutsche Bank AG New York Branch | GrayRobinson PA |
| Kevin | Boland | Deutsche Bank, as agent | RPA Advisors LLC |
| Cullen | Speckhart | Official Committee of Unsecured Creditors | Cooley LLP |

| First Name | Last Name | Party Represented | Firm Name |
|---|---|---|---|
| Andrew | Glenn | N/A | Glenn Agre Bergman & Fuentes LLP |
| Joshua | Hertz | Paloma | |
| David | Catherine | Acthar Plaintiffs | Haviland Hughes |
| Joshua | Brody | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Andrew | Behlmann | City of Marietta | Lowenstein Sandler LLP |
| Sameer | Alifarag | Wilmington Savings Fund Society, FSB | Pryor Cashman LLP |
| Christopher | Samis | Deerfield | Potter Anderson & Corroon LLP |
| Lauren | Reichardt | Official Committee of Unsecured Creditors | Cooley LLP |
| Bernice | Lee | Various MSP Entities | Kozyak Tropin & Throckmorton |
| Benjamin | McCallen | Humana | Willkie Farr & Gallagher LLP |
| Joseph | Baio | Humana | Willkie Farr & Gallagher LLP |
| Eric | Lyttle | Express Scripts | Quinn Emanuel |
| Sophie | Macon | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Serena | Lightstone | MSGE | FTI Consulting |
| Robert | Stearn | Mallinckrodt (Debtors) | Richards, Layton & Finger, P.A. |
| Evan | Miller | Deutsche Bank Trust Company Americas, as Indenture Trustee for $1.6 billion Senior Notes | Bayard, P.A. |
| Bill | Hazeltine | Centennial Resources | Sullivan Hazeltine Allinson LLC |
| Chase | Burrell | Express Scripts Entities | Quinn Emanuel |
| Walter | Gouldsbury | Ad Hoc Acthar Group | |
| Robert | Engelke | Party In Interest | Willkie Farr & Gallagher LLP |
| phillip | larson | NA | |
| Evan | Lazerowitz | Official Committee of Unsecured Creditors | Cooley LLP |
| Beth | Brownstein | BOKF, N.A. | Arent Fox LLP |
| Jason | Gott | Debtors | Latham & Watkins LLP |
| Dan | Barnowski | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| phillip | larson | N/A | Millstreet Capital |
| Clay | Roberts | Deutsche Bank AG New York Branch | White & Case LLP |
| Brian | Brink | Interested Party | |
| Karen | Grivner | BOKF | Clark Hill PLC |
| Shai | Schmidt | N/A | Glenn Agre Bergman & Fuentes LLP |
| Daniel | Hertz | Sona | Dan Hertz |
| George | Davis | MNK | Latham |
| Michele | Meises | Deutsche Bank | White & Case |
| Elizabeth | Lombard | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Nacif | Taousse | Debtors | Latham & Watkins LLP |
| Arik | Preis | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Chengliang (Larry) | Hong | The Debtors | Latham & Watkins |
| Vasu | Kalpat | Unsecured Note Holder | |
| Allison | Carbonaro | Mallinckrodt | Latham & Watkins LLP |
| Justin | Alberto | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Spencer | Payne | Aurelius Capital Management, LP | |
| Rick | Wyron | Legal Representative for Future Claimants | Frankel Wyron LLP |
| George | O'Connor | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| Jared | Green | Multi-State Governmental Entities Group | Seitz, Van Ogtrop & Green, P.A. |
| Richard | Cobb | Ad Hoc Group of Unsecured Noteholders | Landis Rath & Cobb LLP |
| Donald | Burke | Ad Hoc First Lien Notes Group | Robbins, Russell, Englert, Orseck & Untereiner LLP |
| George | Schultze | Pro se | Schultze Asset Mgmt. |

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| | | | GARRISON LLP |
| Mitch | Hurley | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Roger | Frankel | Legal Representative for Future Claimants | Frankel Wyron LLP |
| David | Skatoff | Legal Representative for Future Claimants | Ducera Partners LLC |
| Randall | Eisenberg | Debtors | AlixPartners |
| Jared | Borriello | Endo International plc and its wholly-owned subsidiaries | Togut, Segal & Segal LLP |
| Sonia | Pfaffenroth | Special Counsel to the Debtors | Arnold & Porter Kaye Scholer |
| Carter | Page | N/A | |
| Erin | Rosenberg | Deutsche Bank AG New York Branch, as Administrative Agent | White & Case LLP |
| Christine | Lee | Party In Interest | Willkie Farr & Gallagher LLP |
| William | Platt | Ad Hoc Acthar Group | Haviland Hughes |
| James | MacInnis | DB | |
| Colleen | Maker | City of Marietta | Lowenstein Sandler LLP |
| Thomas | Reichert | McKesson, CVS, Cardinal, Walgreens, Endo Pharma, Johnson & Johnson | |
| David | Weiss | Ad Hoc Committee of Unsecured Notes | Paul, Weiss |
| David | Fournier | Ad Hoc First Lien Term Lender Group | Troutman Pepper Hamilton Sanders LLP |
| Matthew | Harvey | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Annemarie | Reilly | Debtors | Latham & Watkins LLP |
| Dimetras | Sokolopalos | Shareholder | |
| Alex | Wolf | Bloomberg Law | |
| David | Sherman | Interested Party | |
| Sara | Brauner | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Vasilii | Dunin | Shareholders | |
| Christopher | Guth | Humana | Attestor Capital |
| Donna | Culver | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Kaitlyn | Sundt | Debtors | AlixPartners, LLP |
| Andrew | Miller | Aurelius Capital Management, LP | |
| Whit | Morley | Mallinckrodt | Latham & Watkins LLP |
| Laura | Haney | Court | |
| Matthew | Harvey | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Olivia | Parsons | Legal Representative for Future Claimants | Ducera Partners LLC |
| Mark | Adomanis | Ad Hoc Noteholders | PWP |
| Jane | Leamy | U.S. Trustee | Office of the U.S. Trustee |
| Jamie | Edmonson | Official Committee of Unsecured Creditors | Robinson+Cole LLP |
| Matthew | Dunn | Party In Interest | Willkie Farr & Gallagher LLP |
| Rachel | Werkheiser | none | none |
| Lee | Rooney | UCC | Dundon |
| Paul | Shalhoub | Humana | Willkie Farr & Gallagher LLP |
| John | Ferretti | Humana | M3 Partners |
| Jon | Pruchansky | Self | Paloma Partners |
| Adam | Swingle | N/A | |
| Matthew | Feldman | Humana | Willkie Farr & Gallagher LLP |
| John Shaffer | | Express Scripts | Quinn Emanuel Urquhart & Sullivan |
| Jaime | Chapman | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Louis | Waxman | Interested Party | |
| Robert | Dehney | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Kenneth | Eckstein | Governmental Plaintiff Ad Hoc Committee | |
| Benjamin | Waldin | Attestor Limited and Humana Inc | Eimer Stahl LLP |
| Melanie | Sharp | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| James | Bromley | Sullivan & Cromwell LLP | Deerfield Partners L. P. |
| Amanda | Steele | Debtors | Richards, Layton & Finger P.A. |
| Dipesh | Rana | AlixPartners | |
| Justin | Kirschner | Mallinckrodt plc | Latham & Watkins LLP |
| Daniel | Eggermann | Governmental Plaintiff Ad Hoc Committee | |
| Michelle | Choi | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Richard | Choi | Humana | Willkie Farr & Gallagher LLP |
| Jeff Waxman | | Governmental Plaintiff Ad Hoc Committee | Morris James LLP |
| Kent | Kolbig | Deutsche Bank Trust Company Americas | Moses & Singer LLP |
| Ross | Rosenfelt | None | |
| Judah | Hertzberg | Self- interested investor | |
| Michael | DeBaecke | WSFS | Ashby & Geddes, P.A. |
| Taylor | Haga | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Jeffrey | Mispagel | Debtors | Latham & Watkins LLP |
| Skyler | Silvertrust | Party In Interest | Willkie Farr & Gallagher LLP |
| Jonathan | Kim | Official Committee of Unsecured Creditors | Cooley LLP |
| Michael | Johns | Public | |
| Ethan | Prost | Interested Party | |
| Leesa | Haspel | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Jeff | Bjork | Debtor | Latham & Watkins LLP |
| JAMES | GREEN | MSGE Group | Seitz, Van Ogtrop & Green, P.A. |
| Matthew | Pierce | Unsecured Notes Ad Hoc Group | Landis Rath & Cobb |
| Brendan | Buten | Interested Party | |
| Michael | Merchant | Debtors | Richards, Laton & Finger, P.A. |
| Alice | Eaton | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Ethan | Trotz | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Katherine | Dute | Court | |
| Neal | Donnelly | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Matthew | Manning | Attestor | M3 |
| Mitchell | McVeigh | Reorg | Reorg |
| Alan | Gamza | Deutsche Bank Trust Company Americas | Moses & Singer LLP |
| Geoff | King | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Titus | Phoro | Interested Party | |
| Megan | Harper | City of Philadelphia | |
| Jacob | Czarnick | Interested Party | |
| Alison | Sayers | Summer Associate | Richards, Layton & Finger |
| Laura | Shores | Special Counsel to the Debtors | |
| Michael | Cohen | MCohen@gibsondunn.com | MCohen@gibsondunn.com |
| Suzanne | Schlossberg | Mallinckrodt | Latham & Watkins LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Brooks | Barker | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Dhingra, Gautam | | JPMorgan | JPMorgan |
| John | Vaccaro | Catalur | Catalur |
| Zichong | Peng | Investor | |
| Kristin | Lawson | state of West Virginia | Leech Tishman Fuscaldo & Lampl |

| Bart | Hoyng | Humana | Attestor Capital |
| Rose | Bagley | Governmental Plaintiff Ad Hoc Committee | |
| David | Chasen | N/A | Two Seas Capital |
| Patrick | Birney | Official Committee of Unsecured Creditors | Robinson & Cole LLP |